

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DENNIS L. STEWART,

        Petitioner,

vs.

JOE A. LIZARRAGA, WARDEN,

        Respondent.

Case No. CV 15-1502- AB (KES)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and the entire action is dismissed with prejudice.

DATED: 12/16/15

ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

1